**RECEIVED**

MAR 29 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

APR 28 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PRESTON G. DEMOUCHET, JR.<br>LA. DOC #90331<br>VS. | CIVIL ACTION NO. 06-0239<br><br>SECTION P |
| N. BURL CAIN, WARDEN, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Demouchet's civil rights action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Demouchet's permission to proceed *in forma pauperis* in this matter is hereby revoked.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of April, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE